IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>vs.<br><br>YVONNE I. PETERSON,<br><br>        Defendant. | CASE NO: 4:13CB3001<br><br>ORDER FOR HEARING |

Regarding the citation issued to the defendant on October 30, 2012, (a copy of which is attached),

IT IS ORDERED:

1) The defendant is ordered to appear at 8:30 a.m. on February 7, 2013 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to answer the charge.

2) The defendant, defense counsel (if any), and counsel for the government shall attend.

3) The government shall serve this order on the defendant and shall file a certificate of service identifying the manner and date of service on the defendant.

January 11, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

## United States District Court
### Violation Notice

| | | |
|---|---|---|
| CVB Location Code | Violation Number | Officer Name (Print) | Officer No. |
| NEG | 3159502 | Artspar | 651 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 10/30/2012 | 41 CFR 102-74.440 |

Place of Offense: 100 Centennial Mall North, Lincoln NE 68508

Offense Description: Factual Basis for Charge
Federal law prohibits possession of firearms or other dangerous weapons in federal facilities to those not specifically authorized

HAZMAT ☐

### DEFENDANT INFORMATION

Phone: (234) 661-2652

| Last Name | First Name | M.I. |
|---|---|---|
| Peterson | Yvonne | L |

Street Address: 3514 N 20th St

| City | State | Zip Code |
|---|---|---|
| Lincoln | NE | 68521 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|
| H13451870 | | NE | 614 68 3067 | 10/26/1953 |

☒ Adult ☐ Juvenile   Sex ☐ Male ☒ Female   Hair: Blk   Eyes: GRN   Height: 504   Weight: 145

### VEHICLE
VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

CMV ☐

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____  Forfeiture Amount
+ $25   Processing Fee

**PAY THIS AMOUNT →** $ _____  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 01/2011)                Original - CVB Copy

3159502

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 30, 2012 while exercising my duties as a law enforcement officer in the NEQ District of Nebraska.

At 1435 hours on this date Yvonne L Peterson did enter the Robert V Denney Fed and US Courthouse with a 3.5 inch (blade length) knife concealed in her purse. These items are prohibited at this facility. Upon entering the facility PETERSON complied with exit submitted to the screening procedure for entering this facility. Upon screening PETERSON's purse via the x-ray machine Court Security Officer Wayne Loess observed an object that he could not identify. He thought it appeared to be a knife. The knife was rescreened and CSO Loess [was] certain was contained. Peterson informed CSO Loess that she forgot the knife was in her purse. I Sgt A Teapot then interviewed PETERSON I asked her why she was carrying this knife and she replied, "because I sleep with the knife and then added [I] usually nothing tried to bring the knife to the Court, then added she wasn't allowed to this list [of] contraband contradicts her Statement to CSO Loess when she told him she forgot the knife was in her purse. The knife was confiscated and submitted into evidence. As approximately 1530 hours on this date I issued PETERSON this violation notice for violating 41 CFR 102-74.440 and released.

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/30/2012   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident